# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: DAVOL, INC./C.R. BARD, INC., POLYPROPYLENE HERNIA MESH PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : : : : : : : : : : : : | MDL NO. 2846 <br><br> JUDGE EDMUND A. SARGUS, JR. <br> MAG. JUDGE JOLSON <br><br> **VOLUNTARY DISMISSAL WITHOUT PREJUDICE** <br><br> Civil Action No.: **2:21-cv-00785** |
| VICTOR TYLER, <br><br> Plaintiff, <br><br> vs. <br><br><br> DAVOL, INC., & C.R. BARD, INC., <br><br> Defendant(s). | | |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO ALL DEFENDANTS**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff Victor Tyler's claims against all defendants be dismissed without prejudice, each party to bear its own costs.

Dated: June 24, 2022              **RESPECTFULLY SUBMITTED,**

| *Attorneys for Plaintiff* | *Attorneys for Defendants Davol Inc. and C. R. Bard, Inc.* |
|---|---|
| */s/ Alexander Dwyer* <br> Alexander Dwyer <br> Texas Bar No. 24054271 <br> adwyer@kirkendalldwyer.com <br> Kirkendall Dwyer, LLP <br> 4343 Sigma Rd St. 200 <br> Dallas, TX 75243 <br> Tel: (214)271-4027 <br> Fax: (214)253-0629 | /s/ Eric Alexander <br> Eric Alexander, Esq. <br> Reed Smith LLP <br> 1301 K Street NW <br> East Tower Ste. 1000 <br> Washington, DC 20005 <br> Phone: 202-414-9200 <br> Fax: 202-414-9299 <br> Email: ealexander@reedsmith.com |

## CERTIFICATION OF SERVICE

      I hereby certify that on June 24, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to all CM/ECF participants.

**Kirkendall Dwyer, LLP**

*/s/ Alexander Dwyer*
Alexander Dwyer
Texas Bar No. 24054271
adwyer@kirkendalldwyer.com
Kirkendall Dwyer, LLP
4343 Sigma Rd St. 200
Dallas, TX 75243
Tel: (214)271-4027
Fax: (713)253-0629

***Attorney For Plaintiff***